JOSEPHINE A BEECHER and Another, as Executors, etc., Appellants, v. PETER A. VOGT MANUFACTURING COMPANY and Others, Respondents.— Motion for leave to appeal to Court of Appeals granted.

* Consol. Laws, chap. 34 (Laws of 1909, chap. 39), § 13, as amd. by Laws of 1910, chap. 485, and Laws of 1918, chap. 473.— [REP.

Admitted to practice as attorneys and counselors at law upon examination: George W. Wanamaker of Buffalo; Paul P. Cohen of Buffalo; Francis E. Kerwin of Buffalo; Nelson Warner of Rochester.